COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Court of Appeals Number:     01-21-00144-CV

Style:                                      Baldomero Ortiz v. Adenrele Olandapo-Jimoh & The Law Firm of
Jimoh, P.C.

Trial Court Case Number:      2020-00394

Trial Court:                            234th District Court of Harris County

Type of Motion:                     Objection to Mediation

Party Filing Motion:               Appellee

Appellee has objected to mediation.  The Court's mediation order dated April 7, 2021 is withdrawn.


Judge's signature: /s/ Peter Kelly
                          Acting individually

Date: April 13, 2021


\*        Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:    Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).